IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS,<br><br>Plaintiffs,<br><br>- against -<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL,<br><br>Defendants. | Civil Action No. 07-_____<br><br><br><br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 DISCLOSURE OF PLAINTIFFS MONTE-CARLO COUNTRY CLUB AND SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS

Pursuant to Fed. R. Civ. P. 7.1., the undersigned counsel for Monte-Carlo Country Club and Société Monégasque pour L'Exploitation du Tournoi de Tennis hereby certify that no publicly held corporations own 10% or more of Monte-Carlo Country Club and that Monte-Carlo Country Club has no parent corporation. The undersigned counsel for plaintiffs further certify that no publicly held corporations own 10% or more of Société Monégasque pour L'Exploitation du Tournoi de Tennis and that Société Monégasque pour L'Exploitation du Tournoi de Tennis has no parent corporation.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

SIDLEY AUSTIN LLP
Alan M. Unger
John J. Lavelle
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Plaintiffs
Monte-Carlo Country Club and Société Monégasque pour L'Exploitation du Tournoi de Tennis

Dated: April 9, 2007
788013