IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS,<br><br>Plaintiffs,<br><br>- against -<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL,<br><br>Defendants. | Civil Action No. 07-198<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## PRAECIPE

PLEASE ISSUE an alias summons for service of the Complaint upon the defendant as follows:

Etienne De Villiers, Director
ATP Tour, Inc.
c/o Registered Agent
The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

Etienne De Villiers, Director
ATP Tour, Inc.
201 ATP Boulevard
Ponte Vedra Beach, FL  32082

The Alias Summons is requested to serve defendant under 10 Del. C. § 3114.

POTTER ANDERSON & CORROON LLP


By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

SIDLEY AUSTIN LLP
Alan M. Unger
John J. Lavelle
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Plaintiffs
Monte-Carlo Country Club and Société
Monégasque pour L'Exploitation du
Tournoi de Tennis

Dated:  April 9, 2007
788096