

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

April 9, 2007

**BY E-FILE AND HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

      Re:    Monte-Carlo Country Club and Société Monégasque Pour L'Exploitation
             du Tournoi de Tennis v. ATP Tour, Inc., Etienne De Villiers
             and Charles Pasarell,
             D. Del., C.A. No. 07-198

Dear Dr. Dalleo:

      We represent plaintiffs in the above-referenced action and wish to effect service of process of plaintiffs' complaint on the directors of defendant ATP Tour, Inc. named above. According to Federal Rule of Civil Procedure 4(e)(1) and 10 *Del. C.* § 3114, long-arm service can be accomplished on the director defendants if the registered mailing required by 10 *Del. C.* § 3114 is directed to the director defendants from you.

      The last address of the director defendants known to plaintiffs (such information being set forth in the latest annual franchise tax return filed by ATP Tour, Inc.) is 201 ATP Boulevard, Ponte Vedra Beach, Florida 32082.

      Accordingly, we are enclosing herein the following items necessary to effect service upon defendants:

            One copy of the Complaint and Summons for each of the named director defendants.  We understand that you will certify these documents as true and correct copies of the originals.

            Envelopes addressed to each of the named director defendants, together with the completed forms for registered mail.

Dr. Peter T. Dalleo
April 9, 2007
Page 2

      We understand that you will prepare a letter to be enclosed with these documents stating that service is made being in accordance with 10 *Del. C.* § 3114.

      A representative of Parcels, Inc. is delivering these papers to you, will pay the necessary fees for certification and will accompany someone from your office to the Post Office to pay for postage.

      Thank you for your assistance in this matter. If you have any questions, please do not hesitate to contact me.

                                      Very truly yours,

                                      Philip A. Rovner
                                      provner@potteranderson.com

PAR/mes/787871
Enc.