⸫AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS

ALIAS

**SUMMONS IN A CIVIL CASE**

V.

ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL

CASE NUMBER: 07-198

---

Pursuant to 10 Del. C. Section 3114

---

TO: (Name and address of Defendant)

CHARLES PASARELL, DIRECTOR
ATP TOUR, INC.
c/o REGISTERED AGENT
THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

CHARLES PASSARELL
DIRECTOR, ATP TOUR, INC.
201 ATP BOULEVARD
PONTE VEDRA BEACH, FL 32082

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. ROVNER, ESQ. (#3215)
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA
P. O. BOX 951
WILMINGTON, DE 19899

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  APR 0 9 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE April 9, 2007 |
| NAME OF SERVER (PRINT) Shane Handlin | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Corporation Trust Company $8.00 Scott LaScala

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-9-07         Shane Handlin (Parcels Inc.)
              Date            *Signature of Server*

                              230 North Market St.
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.