AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ
MONÉGASQUE POUR L'EXPLOITATION DU
TOURNOI DE TENNIS

ALIAS

**SUMMONS IN A CIVIL CASE**

V.

ATP TOUR, INC., ETIENNE DE VILLIERS, and
CHARLES PASARELL

CASE NUMBER: 07-198

> Pursuant to 10 Del. C. Section 3114

TO: (Name and address of Defendant)

ETIENNE DE VILLIERS, DIRECTOR          ETIENNE DE VILLIERS
ATP TOUR, INC.                         DIRECTOR, ATP TOUR, INC.
c/o REGISTERED AGENT                   201 ATP BOULEVARD
THE CORPORATION TRUST COMPANY          PONTE VEDRA BEACH,FL 32082
1209 ORANGE STREET
WILMINGTON, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. ROVNER, ESQ. (#3215)
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA
P. O. BOX 951
WILMINGTON, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

APR 0 9 2007

CLERK

_(By) DEPUTY CLERK_

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 9, 2007 |

| NAME OF SERVER *(PRINT)* Shane Hamblin | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Corporation Trust Company 1:00 $105.00
Scott LaScala

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-9-07
_____
Date

Shane Hamblin  ( Parcels Inc)
_____
Signature of Server

230 North Market St.
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.