OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 9, 2007

Etienne De Villiers
Director
ATP Tour, Inc.
201 ATP Boulevard
Ponte Verda Beach, FL 32082

RE: **Monte-Carlo Country Club, et al., v. ATP Tour Inc., et al.
Civ. No. 07-198 UNA**

To Whom it May Concern:

Enclosed please find certified copies the Complaint which includes a copy of the Magistrate Consent Notice and Civil Cover Sheet (D.I. #1), Rule 7.1 Corporate Disclosure Statement, and a Summons issued to Etienne De Villiers, in the above styled case.

This service is being made in accordance with 10 Del. C. § 3114.

Very truly yours,

Ronald Golden
Deputy Clerk

Encls.

cc: Philip A. Rovner