OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 9, 2007

Charles Pasarell
Director
ATP Tour, Inc.
201 ATP Boulevard
Ponte Verda Beach, FL 32082

RE: **Monte-Carlo Country Club, et al., v. ATP Tour Inc., et al. Civ. No. 07-198 UNA**

To Whom it May Concern:

   Enclosed please find certified copies the Complaint which includes a copy of the Magistrate Consent Notice and Civil Cover Sheet (D.I. #1), Rule 7.1 Corporate Disclosure Statement, and a Summons issued to Charles Pasarell, in the above styled case.

   This service is being made in accordance with 10 Del. C. § 3114.

   Very truly yours,

   Ronald Golden
   Deputy Clerk

Encls.

cc:  Philip A. Rovner