D.I. # _____

# CIVIL ACTION NUMBER: 07-198 UNA

2007 APR -9 PM 4:33

RG Scann

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

```
          RODNEY SQUARE STATION
          WILMINGTON, Delaware
                198019998
             3379300501 -0095
04/09/2007   (800)275-8777     03:48:17 PM

                 Sales Receipt
Product        Sale   Unit        Final
Description    Qty    Price       Price

PONTE VEDRA BEACH FL                $2.79
32082 First-Class
10.50 oz.
   Return Rcpt (Green Card)         $1.85
   Registered                       $7.90
   Insured Value :     $0.00
   Article Value :     $0.00
   Label #:      RR366086858US
                                 ========
   Issue PVI:                       $12.54

PONTE VEDRA BEACH FL                $2.79
32082 First-Class
10.50 oz.
   Return Rcpt (Green Card)         $1.85
   Registered                       $7.90
   Insured Value :     $0.00
   Article Value :     $0.00
   Label #:      RR366086861US
                                 ========
   Issue PVI:                       $12.54

Total:                              $25.08

Paid by:
Personal Check                      $25.08

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000501558166
Clerk: 05

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
         Thank you for your business.

                Customer Copy
```

**Receipt 1 (PS Form 3806, June 2002 — Receipt for Registered Mail, Copy 1 - Customer):**

Registered No. RR366086861US
Reg. Fee $7.90
Handling Charge $0.00
Return Receipt $1.85
Postage $2.79
Restricted Delivery $0.00
Received by: [signature]
Customer Must Declare Full Value $0.00 — Without Postal Insurance
Date Stamp: RODNEY SQ STA WILMINGTON DE 19801, APR 9 2007, 04/09/07, 05

FROM: Clerk of US Dist Ct - 07-198
844 King St
19801
Wilm De 19801

TO: Charles Pascell
Director ATP Tour Inc
Ponte Vedra Beach FL 32082
Ponte Vedra Beach FL

**Receipt 2 (PS Form 3806, June 2002 — Receipt for Registered Mail, Copy 1 - Customer):**

Registered No. RR366086858US
Reg. Fee $7.90
Handling Charge $0.00
Return Receipt $1.85
Postage $2.79
Restricted Delivery $0.00
Received by: [signature]
Customer Must Declare Full Value $0.00 — Without Postal Insurance
Date Stamp: RODNEY SQ STA WILMINGTON DE 19801, APR 9 2007, 04/09/07, 05

FROM: Clerk of US Dist Ct - 07-198
844 King St
19801
Wilm De 19801

TO: Etienne De Villiers, Dir
ATP Tour Inc
201 ATP Tour Blvd 32082
Ponte Vedra Beach FL

For delivery information, visit our website at www.usps.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Monte-Carlo Country Club and Societe Monegasque pour L'Exploitation du Tournoi de Tennis, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 07-198 UNA |
| v. | ) ) | |
| ATP Tour Inc., Etienne de Villiers, and Charles Pasarell, | ) ) ) ) | |
| Defendants. | ) | |

A F F I D A V I T

    I, Ronald Golden, being first duly sworn, deposed and say that pursuant to 10 Del. C. § 3114, I did send on April 9, 2007 by Registered Mail to the following individual at his respective addresses:

Etienne de Villiers
Director
ATP Tour, Inc.
201 ATP Boulevard
Ponte Verda Beach, FL 32082

a certified copy of the Complaint which includes a copy of the Magistrate Consent Notice and Civil Cover Sheet (D.I. #1), a certified copy of plaintiff's Rule 7.1 Corporate Disclosure Statement, and a Summons issued to Etienne De Villiera, in the above styled case.

_____
Ronald Golden
Deputy Clerk

Sworn to and subscribed before me
this 9 day of April, 2007.

_____
Beth Dinan
Deputy Clerk