D.I. #_____

CIVIL ACTION
NUMBER: 07-198 UNA

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

2007 APR -9 PM 4:33

RG Scanned

```
          RODNEY SQUARE STATION
          WILMINGTON, Delaware
               198019998
              3379300501 -0095
04/09/2007   (800)275-8777    03:48:17 PM

                Sales Receipt
Product         Sale  Unit          Final
Description     Qty   Price         Price

PONTE VEDRA BEACH FL                $2.79
32082 First-Class
10.50 oz.
  Return Rcpt (Green Card)          $1.85
  Registered                        $7.90
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:        RR366086858US
                                  ========
Issue PVI:                         $12.54

PONTE VEDRA BEACH FL                $2.79
32082 First-Class
10.50 oz.
  Return Rcpt (Green Card)          $1.85
  Registered                        $7.90
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:        RR366086861US
                                  ========
Issue PVI:                         $12.54

Total:                             $25.08

Paid by:
Personal Check                     $25.08

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clickniship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000501558166
Clerk: 05

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

                Customer Copy
```

Registered No. RR366086861US

| | |
|---|---|
| Reg. Fee $ | $7.90 |
| Handling Charge $ | $0.00 |
| Return Receipt $ | $1.85 |
| Postage $ | $2.79 |
| Restricted Delivery $ | $0.00 |
| Received by | |
| Customer Must Declare Full Value $ | $0.00 |

Date Stamp: RODNEY SQ STA WILMINGTON DE 19801  APR 9 2007  04/09/07

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM: Clerk of US Dist Ct - 07-198
844 King St
Wilm De 19801

TO: Charles Pasarell
Director ATP Tour Inc
Ponte Vedra Beach FL 32082
Ponte Vedra Beach FL

PS Form 3806, June 2002   Receipt for Registered Mail   Copy 1 - Customer

For delivery information, visit our website at www.usps.com

Registered No. RR366086858US

| | |
|---|---|
| Reg. Fee $ | $7.90 |
| Handling Charge $ | $0.00 |
| Return Receipt $ | $1.85 |
| Postage $ | $2.79 |
| Restricted Delivery $ | $0.00 |
| Received by | |
| Customer Must Declare Full Value $ | $0.00 |

Date Stamp: RODNEY SQ STA WILMINGTON DE 19801  APR 9 2007  04/09/07

FROM: Clerk of US Dist Ct - 07-198
844 King St
Wilm De 19801

TO: Etienne De Villiers, Dir
ATP Tour Inc
201 ATP Tour Blvd  32082
Ponte Vedra Beach FL

PS Form 3806, June 2002   Receipt for Registered Mail   Copy 1 - Customer

For delivery information, visit our website at www.usps.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Monte-Carlo Country Club and )
Societe Monegasque pour )
L'Exploitation du Tournoi )
de Tennis, )
)
       Plaintiffs, )  Civ. No. 07-198 UNA
)
       v. )
)
ATP Tour Inc., Etienne de )
Villiers, and Charles Pasarell, )
)
       Defendants. )

A F F I D A V I T

    I, Ronald Golden, being first duly sworn, deposed and say that pursuant to 10 Del. C. § 3114, I did send on April 9, 2007 by Registered Mail to the following individual at his respective addresses:

Charles Pasarell
Director
ATP Tour, Inc.
201 ATP Boulevard
Ponte Verda Beach, FL 32082

a certified copy of the Complaint which includes a copy of the Magistrate Consent Notice and Civil Cover Sheet (D.I. #1), a certified copy of plaintiff's Rule 7.1 Corporate Disclosure Statement, and a Summons issued to Etienne De Villiera, in the above styled case.

                                        Ronald Golden
                                        Deputy Clerk

Sworn to and subscribed before me
this 9 day of April, 2007.

Beth Dinan
Deputy Clerk