United States District Court
For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07cv198 UNA

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Duane_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Duane Lewis  C. Date of Delivery: 4-12-07 |
| 1. Article Addressed to:<br><br>Etienne De Villiers<br>Director<br>ATP Tour Inc<br>201 ATP Blvd<br>Ponte Vedra Beach<br>FL 32082 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  RR 366 086 858 US  07cv198 | |
| PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540 | |

