IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOUNOI DE TENNIS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-198-GMS |
| v. | ) ) | |
| ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL, | ) ) ) | |
| Defendants. | ) | |

## STIPULATED ORDER

WHEREAS, a similar action was filed in this Court on April 9, 2007 captioned *Deutscher Tennis Bund, et al. v. ATP Tour, Inc., et al.*, C.A. 07-178-GMS (the "Hamburg Case"); and

WHEREAS, by Order of the Court, dated April 16, 2007, the date by which the defendants in the Hamburg Case must answer, plead or otherwise respond to the complaint in that action was extended through and including May 4, 2007; and

WHEREAS, a response to the complaint in the captioned action (the "Monte-Carlo Case") is due on or before April 30, 2007;

WHEREAS, defendants seek to respond to the complaint in the Monte-Carlo Case on May 4, 2007, the same date their response is due to the complaint in the Hamburg Case;

WHEREAS, the parties to both the Hamburg and Monte-Carlo Cases are working to coordinate a single, proposed scheduling order; and

WHEREAS, plaintiffs in the Monte-Carlo Case have agreed not to oppose an extension of defendants' deadline to respond to the complaint through and including May 4, 2007; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which defendants must answer, move, or otherwise respond to the complaint in this matter is extended through and including May 4, 2007.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| */s/ Philip A. Rovner (#3215)* | */s/ Philip Trainer, Jr. (#2788)* |
| Philip A. Rovner (#3215) | Lawrence C. Ashby (#468) |
| Hercules Plaza | Philip Trainer, Jr. (#2788) |
| P.O. Box 951 | Carolyn Hake (I.D. #3839) |
| Wilmington, DE 19899 | 500 Delaware Avenue, 8th Floor |
| (302) 984-6000 | P.O. Box 1150 |
|  | Wilmington, Delaware 19899 |
|  | (302) 654-1888 |
| provner@potteranderson.com | lashby@ashby-geddes.com |
|  | ptrainer@ashby-geddes.com |
|  | chake@ashby-geddes.com |
| *Of Counsel:* | *Of Counsel:* |
| Alan M. Unger | Bradley I. Ruskin |
| John J. Lavelle | Jennifer R. Scullion |
| SIDLEY AUSTIN LLP | PROSKAUER ROSE |
| 787 Seventh Avenue | 1585 Broadway |
| New York, NY 10013 | New York, NY 10036 |
| (212) 839-5300 | (212) 969-3000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge