IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS, | ) ) ) ) | C.A. No. 07-198-GMS |
| Plaintiffs, | ) ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL, | ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Alan M. Unger, Esq., John J. Lavelle, Esq., Nicholas Lagemann, Esq. and George Christos Karamanos, Esq., Sidley Austin LLP, 787 Seventh Avenue, New York, New York, to represent plaintiffs Monte-Carlo Country Club and Société Monégasque pour L'Exploitation du Tournoi de Tennis in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

Attorneys for Plaintiffs
Monte-Carlo Country Club and Société
Monégasque pour L'Exploitation du
Tournoi de Tennis

Dated: April 30, 2007
789371

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
United States District Judge

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/11/07

Alan M. Unger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
aunger@sidley.com

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4-11-07

John J. Lavelle
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
jlavelle@sidley.com

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/11/07

Nicholas Lagemann
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
nlagemann@sidley.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

    In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐ has been paid to the Clerk of the Court; or

    ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/12/07

George Christos Karamanos
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
gkaramanos@sidley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 30, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Lawrence C. Ashby, Esq.
Philip Trainer, Jr., Esq.
Carolyn Hake, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

I hereby certify that on April 30, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

Bradley I. Rushkin, Esq.
Jennifer R. Scullion, Esq.
Proskauer Rose
1585 Broadway
New York, NY  10036
brushkin@proskauer.com
jscullion@proskauer.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com