IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
MONTE-CARLO COUNTRY CLUB and         :
SOCIETE MONEGASQUE POUR              :  Civil Action No. 07-0198 (GMS)
L'EXPLOITATION DU TOURNOI DE TENNIS, :
                                     :
            Plaintiffs,              :
                                     :
   against                           :
                                     :
ATP TOUR, INC., ETIENNE DE VILLIERS, and :
CHARLES PASARELL,                    :
                                     :
            Defendants.              :
------------------------------------X

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 4th day of May 2007, **DEFENDANTS'**

**RULE 26(A)(1) DISCLOSURES** were served upon the following counsel of record at the address

and in the manner indicated:


Philip A. Rovner, Esquire                        <u>VIA ELECTRONIC MAIL</u>
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

Alan M. Unger                                    <u>VIA ELECTRONIC MAIL</u>
John J. Lavelle
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10013

|  |  |
|---|---|
| Dated:     May 4, 2007 | ASHBY & GEDDES<br><br>/s/ Lawrence C. Ashby<br>_____<br>Lawrence C. Ashby (I.D. #468)<br>Philip Trainer, Jr. (I.D. #2788)<br>Carolyn Hake (I.D. #3839)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>302-654-1888<br>lashby@ashby-geddes.com<br>ptrainer@ashby-geddes.com<br>chake@ashby-geddes.com<br><br><br>PROSKAUER ROSE LLP<br>Bradley I. Ruskin<br>Colin A. Underwood<br>Jennifer R. Scullion<br>Jordan B. Leader<br>1585 Broadway<br>New York, NY  10036-8299<br>Phone: (212) 969-3000<br><br>*Attorneys for Defendants* |