IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS,<br><br>      Plaintiffs,<br><br>      v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 07-198-GMS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 4, 2007, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

INITIAL DISCLOSURE STATEMENT OF PLAINTIFFS MONTE-CARLO COUNTRY CLUB AND SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS UNDER FED. R. CIV. P. 26(a)(1)

BY HAND DELIVERY AND E-MAIL

Lawrence C. Ashby, Esq.
Philip Trainer, Jr., Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com

BY E-MAIL

Bradley I. Ruskin, Esq.
Jennifer R. Scullion, Esq.
Proskauer Rose
1585 Broadway
New York, NY 10036
bruskin@proskauer.com
jscullion@proskauer.com

2

POTTER ANDERSON & CORROON LLP


By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

SIDLEY AUSTIN LLP
Alan M. Unger
John J. Lavelle
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Plaintiffs
Monte-Carlo Country Club and Société
Monégasque pour L'Exploitation du
Tournoi de Tennis

Dated: May 7, 2007
793565

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 7, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Lawrence C. Ashby, Esq.
Philip Trainer, Jr., Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com

I hereby certify that on May 7, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

Bradley I. Ruskin, Esq.
Jennifer R. Scullion, Esq.
Proskauer Rose
1585 Broadway
New York, NY 10036
bruskin@proskauer.com
jscullion@proskauer.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com