IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOUNOI DE TENNIS, ) ) ) ) ) | ) |
| Plaintiffs, ) ) | C.A. No. 07-198-GMS |
| v. ) ) | |
| ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL, ) ) ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned moves the admission *pro hac vice* of Bradley I. Ruskin, Jennifer R. Scullion, Jordan B. Leader, Colin A. Underwood, and Evan Greene of Proskauer Rose, 1585 Broadway, New York, New York 10036 in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $125.00 is included to cover the annual fee for the attorneys listed above.

ASHBY & GEDDES

*/s/ Philip Trainer, Jr. (# 2788)*
Lawrence C. Ashby (# 468)
Philip Trainer, Jr. (#2788)
Carolyn Hake (#3839)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

Dated: May 8, 2007                              *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOUNOI DE TENNIS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-198-GMS |
| v. | ) ) | |
| ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Bradley I. Ruskin, Jennifer R. Scullion, Jordan B. Leader, Colin A. Underwood, and Evan Greene in the above action; now, therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _/s/ /s/_____
Bradley I. Ruskin
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated: May 8, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Jennifer R. Scullion
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated: May 8, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Jordan B. Leader
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated:  May 8, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *[signature]*
Colin A. Underwood
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated: May 7, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Evan Greene
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated: May 8, 2007