IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS,<br><br>Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL,<br><br>Defendants. | C.A. No. 07-198-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 25, 2007, true and correct copies of the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFFS MONTE-CARLO COUNTRY CLUB'S AND
SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS'
OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF DOCUMENT
REQUESTS

| BY HAND DELIVERY AND E-MAIL | BY E-MAIL |
|---|---|
| Lawrence C. Ashby, Esq.<br>Philip Trainer, Jr., Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>lashby@ashby-geddes.com<br>ptrainer@ashby-geddes.com | Bradley I. Ruskin, Esq.<br>Jennifer R. Scullion, Esq.<br>Proskauer Rose<br>1585 Broadway<br>New York, NY 10036<br>bruskin@proskauer.com<br>jscullion@proskauer.com |

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

SIDLEY AUSTIN LLP
Alan M. Unger
John J. Lavelle
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Dated: May 25, 2007

Attorneys for Plaintiffs
Monte-Carlo Country Club and Société
Monégasque pour L'Exploitation du
Tournoi de Tennis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 25, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Lawrence C. Ashby, Esq.
Philip Trainer, Jr., Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com

I hereby certify that on May 25, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

Bradley I. Ruskin, Esq.
Jennifer R. Scullion, Esq.
Proskauer Rose
1585 Broadway
New York, NY 10036
bruskin@proskauer.com
jscullion@proskauer.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com