# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 7, 2007

The Honorable Gregory M. Sleet  
United States District Court  
844 N. King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re:   *Monto-Carlo Country Club, et al. v. ATP Tour, Inc., et al.*,
      D. Del., C.A. No. 07-198-GMS;
      *Deutscher Tennis Bund, et al. v. ATP Tour, Inc., et al.*,
      D. Del., C.A. No. 07-178-GMS

Dear Judge Sleet:

We write on behalf of defendants ATP Tour, Inc., Etienne de Villiers, and Charles M. Pasarell, Jr. in the above actions to respectfully withdraw our request to reschedule the status and scheduling conference currently set for June 15, 2007 at 11:00 a.m. The hearings involving defendants' lead attorney, Bradley I. Ruskin of Proskauer Rose LLP's New York office, which were scheduled to take place that same morning in the State of California, were unexpectedly adjourned this afternoon to commence later on that date; thus, Mr. Ruskin is now available to participate in the status and scheduling conference in this matter on June 15, 2007 at 11:00 a.m., as originally scheduled.

We greatly appreciate the Court's consideration of defendants' earlier request, and we will make ourselves available at the Court's convenience in the event Your Honor wishes to discuss this matter further.

Respectfully,

*/s/ Philip Trainer, Jr.*

Philip Trainer, Jr. (#2788)

The Honorable Gregory M. Sleet
June 7, 2007
Page 2 of 2

cc:    Philip A. Rovener, Esquire (via ECF & e-mail)
       C. Barr Flinn, Esquire (via ECF & e-mail)
       Robert D. MacGill, Esquire (via e-mail)
       Alan M. Unger, Esquire (via e-mail)
       Bradley I. Ruskin, Esquire (via e-mail)
       Daniel Gravelyn, Esquire (via e-mail)

181338.1