

# Potter
# Anderson
# & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140  Direct Phone
302-658-1192  Fax

July 2, 2007

**BY E-FILE**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

      Re:    *Deutscher Tennis Bund, et al. v. ATP Tour, Inc., et al.*,
            D. Del., C.A. 07-178-GMS;
            *Monte-Carlo Country Club and Société Monégasque Pour*
            *L'Exploitation du Tournoi de Tennis v. ATP Tour, Inc., et al.*,
            D. Del., C.A. No. 07-198-GMS

Dear Chief Judge Sleet:

      On behalf of the parties, I am enclosing the proposed Coordinated Scheduling Order for Your Honor's review and approval. The provisions of the proposed order, including consolidation of the two matters (*see* Section 1, at p.2), are based on the directives provided by Your Honor during the June 25, 2007 scheduling conference.

      Should Your Honor have any questions regarding the proposed Order, counsel are available at the Court's convenience.

                              Respectfully,

                              */s/ Philip A. Rovner*

                              Philip A. Rovner
                              provner@potteranderson.com

PAR/mes/804874
Enc.

The Honorable Gregory M. Sleet
July 2, 2007
Page 2

cc: Lawrence C. Ashby, Esq. – By CM/ECF, E-mail and Hand Delivery
    Bradley I. Ruskin, Esq. – By E-mail
    C. Barr Flinn, Esq. – By CM/ECF, E-mail and Hand Delivery
    Robert D. MacGill, Esq. – By E-mail
    Alan M. Unger, Esq. – By E-mail