IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHER TENNIS BUND (GERMAN TENNIS FEDERATION) and ROTHENBAUM SPORTS GMBH,<br><br>                Plaintiffs,<br><br>   - against -<br><br>ATP TOUR, INC.,<br>                Defendant. | Civil Action No. 07-178 (GMS) |
| MONTE-CARLO COUNTRY CLUB and SOCIÉTÉ MONÉGASQUE POUR L'EXPLOITATION DU TOURNOI DE TENNIS,<br><br>                Plaintiffs,<br><br>   - against -<br><br>ATP TOUR, INC., ETIENNE DE VILLIERS, and CHARLES PASARELL,<br><br>                Defendants. | Civil Action No. 07-198 (GMS) |

**STIPULATION OF DISMISSAL WITHOUT
PREJUDICE AS TO DEFENDANTS ATP TOUR, INC.,
<u>ETIENNE DE VILLIERS AND CHARLES PASARELL</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Monte-Carlo Country Club and Société Monégasque Pour L'Exploitation du Tournoi de Tennis (collectively "Plaintiffs") and Defendants ATP Tour, Inc., Etienne de Villiers, and Charles Pasarell (collectively "Defendants"), through their respective undersigned counsel of record, and subject to the Order of this Court that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure, all claims asserted against Defendants in *Monte-Carlo Country Club et al. v. ATP Tour, Inc. et al.*, C.A. No. 07-198 (GMS), are hereby dismissed without prejudice.

Each of the parties shall bear its own attorneys' fees and costs.

Dated:  Wilmington, Delaware
        July 25, 2007

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| By: /s./ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000<br>provner@potteranderson.com | By: /s/ Philip Trainer, Jr.<br>Lawrence C. Ashby (#468)<br>Philip Trainer, Jr. (#2788)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>(302) 654-1888<br>lashby@ashby-geddes.com<br>ptrainer@ashby-geddes.com |
| SIDLEY AUSTIN LLP<br>Alan M. Unger<br>John J. Lavelle<br>Nicholas K. Lagemann<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300<br><br>Attorneys for Plaintiffs<br>Monte-Carlo Country Club and Société Monégasque pour L'Exploitation du Tournoi de Tennis | PROSKAUER ROSE<br>Bradley I. Ruskin<br>Jennifer R. Scullion<br>1585 Broadway<br>New York, NY 10036<br>(212) 969-3000<br><br>Attorneys for Defendants<br>ATP Tour, Inc., Etienne de Villiers and Charles Pasarell |

SO ORDERED this _____ of July 2007.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 25, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| BY HAND DELIVERY AND E-MAIL | BY HAND DELIVERY AND E-MAIL |
|---|---|
| Lawrence C. Ashby, Esq.<br>Philip Trainer, Jr., Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>lashby@ashby-geddes.com<br>ptrainer@ashby-geddes.com | C. Barr Flinn, Esq.<br>Chad S. C. Stover, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>bflinn@ycst.com<br>cstover@ycst.com |

I hereby certify that on July 25, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

Bradley I. Ruskin, Esq.
Jennifer R. Scullion, Esq.
Proskauer Rose
1585 Broadway
New York, NY  10036
bruskin@proskauer.com
jscullion@proskauer.com

Robert D. MacGill, Esq.
Hamish S. Cohen, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Robert.macgill@btlaw.com
Hamish.cohen@btlaw.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

807816